**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN RE: OBJECTION TO NOMINATION PETITIONS OF JARED SOLOMON TO BE A CANDIDATE DEMOCRATIC PARTY NOMINATION FOR OFFICE MEMBER OF THOSE OF REPRESENTATIVES FOR 202ND DISTRICT | : No. 11 EAP 2016<br>:<br>: Appeal from the order entered on March<br>: 18, 2016 in the Commonwealth Court at<br>: No. 116 M.D. 2016.<br>:<br>: SUBMITTED: March 24, 2016 |
| APPEAL OF: MARK COHEN | : |

## ORDER

**PER CURIAM**

    **AND NOW,** this 5th day of April, 2016, the Order of the Commonwealth Court is hereby affirmed in part and vacated in part. The portion of the order denying the Petition to Set Aside the Nomination Petition of Jared Solomon is affirmed. The portion of the order imposing costs against Mark Cohen is vacated and remanded. See In re Nomination Petition of Farnese, 17 A.3d 357 (Pa. 2011). On remand, we direct that the Commonwealth Court's final order assessing costs shall reference costs by category and the amounts assessed, and shall include a rationale for the imposition of such costs.